1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TYSON JOIEL SUGGS,

11            Petitioner,                          No. CIV S-10-1977 GGH P

12        vs.

13   JAMES WALKER, et al.,

14            Respondent.                          ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not

19   been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

20   will be provided an opportunity to submit a fully completed application to proceed in forma

21   pauperis.

22           In accordance with the above, IT IS HEREBY ORDERED that:

23           1.  The Clerk of the Court shall provide plaintiff with a copy of the in forma

24   pauperis application used by this court; and

25   /////

26   /////

                                                   1

1          2.  Plaintiff shall submit, within twenty-eight days from the date of this order, a

2  fully completed in forma pauperis application.  Plaintiff's failure to comply with this order will

3  result in this action being dismissed without prejudice.

4  DATED: August 17, 2010

5                                /s/ Gregory G. Hollows

6                                UNITED STATES MAGISTRATE JUDGE

7  GGH: AB
sugg1977.3c

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26