IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON JOIEL SUGGS,

     Plaintiff,                     No. CIV S-10-1977 GGH P

   vs.

JAMES WALKER, et al.,

     Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has requested that this action be dismissed. Doc. 14; no appearance has been made by any defendant. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: November 1, 2010

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH: AB
sugg1977.dis